# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Alexey Tarasov, Federal ID No 1358714

Admission date: May, 3, 2012

Dated December 16, 2019, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court



By: Heather McCalip, Deputy Clerk